# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN 49503-2363

**GORDON J. QUIST**
JUDGE



May 31, 2007

*SELF INITIATED AMENDMENT*

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC  20544

## AMENDMENT TO FINANCIAL DISCLOSURE REPORT 2006

I would like to amend my Financial Disclosure Report for the year 2006 to disclose the following, which I had forgotten when I filed my report:

> On September 30, 2006, I performed a wedding ceremony in Washington, D.C., for a former law clerk.  Mr. Kenneth Harding Wetmore paid for the room and reception for my ███ and me.



Gordon J. Quist
U.S. District Judge

GJQ/jmt

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  QUIST, GORDON J | 2. Court or Organization  DISTRICT CT-WESTERN DIST. MICH | 3. Date of Report  4/28/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  482 G.R. FORD FEDERAL COURTHSE 110 MICHIGAN NW GRAND RAPIDS MI 49503-2363 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

|    | POSITION | NAME OF ORGANIZATION/ENTITY |
|----|----------|------------------------------|
| 1. |          |                              |
| 2. |          |                              |
| 3. |          |                              |
| 4. |          |                              |
| 5. |          |                              |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

|    | DATE | PARTIES AND TERMS |
|----|------|-------------------|
| 1. |      |                   |
| 2. |      |                   |
| 3. |      |                   |

RECEIVED 2007 MAY 14 A 11: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AMERICAN EXPRESS | CREDIT CARD DEBT | J |
| 2. | U.S. BANK | CREDIT CARD DEBT | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EXXON MOBIL CORPORATION | A | Dividend | | | Sell | 9/15 | J | B | |
| 19. | | | | | Buy | 4/20 | J | | |
| 20. GLAXOSMITHKLINE PLC ADRF SPONSORED ADR | A | Dividend | | | Sell | 9/25 | J | A | |
| 21. MACATAWA BANK CORP | A | Dividend | | | Sell | 11/7 | K | A | |
| 22. | | | | | Buy | 4/28 | J | | |
| 23. | | | | | Buy | 7/24 | J | | |
| 24. PROCTER & GAMBLE | A | Dividend | | | Sell | 5/25 | J | A | |
| 25. UNIVERSAL FOREST PRODUCT | | None | | | Sell | 11/7 | J | | |
| 26. | | | | | Buy | 8/16 | J | | |
| 27. | | | | | Buy | 10/19 | J | | |
| 28. | | | | | Sell | 5/17 | J | D | |
| 29. | | | | | Partial Sale | 5/12 | J | C | |
| 30. AMERICAN CENTURY EQUITY INCOME FUND INV | A | Dividend | | | Sell | 4/4 | J | A | |
| 31. JENSEN PORTFOLIO CLASS J | A | Dividend | K | T | Buy | 11/16 | J | | |
| 32. JULIUS BAER INTL EQUITY FUND CL A | C | Dividend | K | T | Buy | 2/8 | J | | |
| 33. | | | | | Buy | 3/2 | J | | |
| 34. | | | | | Buy | 3/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 4/28 | J | | |
| 36. | | | | | Buy | 5/15 | J | | |
| 37. | | | | | Buy | 8/14 | J | | |
| 38. | | | | | Buy | 9/20 | J | | |
| 39. | | | | | Buy | 9/29 | J | | |
| 40. | | | | | Buy | 12/5 | J | | |
| 41. RAINIER SMALL/MID CAP EQUITY PORTFOLIO | B | Dividend | K | T | Buy | 2/8 | J | | |
| 42. | | | | | Buy | 3/2 | J | | |
| 43. | | | | | Buy | 3/31 | J | | |
| 44. | | | | | Buy | 4/18 | J | | |
| 45. | | | | | Buy | 5/31 | J | | |
| 46. | | | | | Buy | 6/26 | J | | |
| 47. | | | | | Buy | 8/22 | J | | |
| 48. | | | | | Buy | 9/19 | J | | |
| 49. | | | | | Buy | 11/8 | J | | |
| 50. | | | | | Buy | 11/9 | J | | |
| 51. RS GLOBAL NATURAL RESOURCES | C | Dividend | K | T | Buy | 1/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND | | | | | | | | | |
| 52. | | | | | Buy | 2/8 | J | | |
| 53. | | | | | Buy | 4/4 | J | | |
| 54. TCW GALILEO DIVIDEND FOC USED FUND | A | Dividend | J | T | | | | | |
| 55. THIRD AVE REAL ESTATE VALUE FUND | A | Dividend | J | T | Buy | 10/27 | J | | |
| 56. | | | | | Buy | 12/6 | J | | |
| 57. EXELON CORPORATION | A | Dividend | | | Sell | 5/19 | J | | |
| 58. | | | | | Buy | 1/27 | J | | |
| 59. TORO CORPORATION | A | Dividend | | | Sell | 9/12 | J | | |
| 60. | | | | | Buy | 1/27 | J | | |
| 61. COLGATE-PALMOLIVE CO | A | Dividend | | | Sell | 6/8 | J | A | |
| 62. | | | | | Buy | 4/20 | J | | |
| 63. LASALLE BANK NA 4.9% CD FDIC INS DUE 8/24/06 | A | Interest | | | Matured | 8/24 | J | | |
| 64. | | | | | Buy | 5/24 | J | | |
| 65. REPUBLIC BK MI 4.95% 06 CD FDIC INS DUE 8/31/06 | A | Interest | | | Matured | 8/31 | J | | |
| 66. | | | | | Buy | 5/31 | J | | |
| 67. FORD MOTOR COMPANY NEW | A | Dividend | | | Sell | 9/25 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy | 7/7 | J | | |
| 69. | | | | | Buy | 7/24 | J | | |
| 70. WASHINGTON MU BK 5.2% 06 CD FDIC INS DUE 10/12/06 | A | Interest | | | Matured | 10/12 | J | | |
| 71. | | | | | Buy | 7/12 | J | | |
| 72. US TRUST CO NA 5.25% 06 CD FDIC INS DUE 11/30/06 | A | Interest | | | Matured | 11/30 | J | | |
| 73. | | | | | Buy | 8/30 | J | | |
| 74. LONE STAR NB BANK 5.2% 06 FDIC INS DUE 12/15/06 | A | Interest | | | Matured | 12/15 | J | | |
| 75. | | | | | Buy | 9/15 | J | | |
| 76. UNITED CMNTY BK 4.85%06 CD FDIC INS DUE 10/20/06 | A | Interest | | | Matured | 10/20 | J | | |
| 77. | | | | | Buy | 9/20 | J | | |
| 78. ORIENTAL BK & TR NA 5.2%06 CD FDIC INS DUE 12/22/06 | A | Interest | | | Matured | 12/22 | J | | |
| 79. | | | | | Buy | 9/22 | J | | |
| 80. FNB OF OMAHA BANK 5.0%06 CD FDIC INS DUE 11/16/06 | A | Interest | | | Matured | 11/16 | J | | |
| 81. | | | | | Buy | 10/16 | J | | |
| 82. US TRUST CO NA 5.15% 07 CD FDIC INS DUE 1/18/07 | | None | J | T | Buy | 10/18 | J | | |
| 83. THIRD AVENUE VALUE FUND | B | Dividend | K | T | Buy | 10/25 | J | | |
| 84. | | | | | Buy | 11/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy | 11/6 | J | | |
| 86. | | | | | Buy | 11/9 | J | | |
| 87. | | | | | Buy | 11/16 | J | | |
| 88. | | | | | Buy | 11/24 | J | | |
| 89. | | | | | Buy | 12/4 | J | | |
| 90. LASALLE BANK NA 5.1%07 CD FDIC INS DUE 2/8/07 | | None | J | T | Buy | 11/8 | J | | |
| 91. MACATAWA BANK NA 5.05% 07 CD FDIC INS DUE 2/28/07 | | None . | J | T | Buy | 11/29 | J | | |
| 92. US TRUST CO NA 5.0%07 CD FDIC INS DUE 3/13/07 | | None | J | T | Buy | 12/13 | J | | |
| 93. SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | Opened | 4/5 | J | | |
| 94. BROKERAGE ACCT #1 (CONTINUED) | | | | | | | | | |
| 95. RS GLOBAL NATURAL RESOURCES FD | A | Dividend | J | T | | | | | |
| 96. THIRD AVENUE REAL ESTATE VAL | | None | | | Sell | . 5/15 | J | A | |
| 97. | | | | | Partial Sale | 4/11 | J | A | |
| 98. VANGUARD SM CAP GR INDEX | A | Dividend | J | T | | | | | |
| 99. BROKERAGE ACCT #4 | | | | | | | | | |
| 100. GENTEX CORP | A | Dividend | | | Sell | 2/16 | J | | |
| 101. RAINIER SMALL/MID CAP | A | Dividend | J | T | Buy | 3/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 103. CHICOS FAS INC | | None | | | Sell | 7/5 | J | | |
| 104. | | | | | Buy | 2/21 | J | | |
| 105. BROKERAGE ACCT #5 | | | | | | | | | |
| 106. SCHWAB MONEY MARKET FUND | A | Dividend | | | Redeemption | 7/6 | J | | |
| 107. EXELON CORP | A | Dividend | | | Sell | 5/19 | J | A | |
| 108. RAINIER SMALL/MID CAP EQUITY PORTFOLIO | A | Dividend | J | T | Buy | 7/6 | J | | |
| 109. RS GLOBAL NATURAL RESOURCES FUND | A | Dividend | J | T | Buy | 1/25 | J | | |
| 110. | | | | | Buy | 7/6 | J | | |
| 111. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | Opened | 5/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 4/28/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  5/4/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544